IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Search of Electronic Account Controlled and Hosted By Twitter | * Misc. No. 16-3206 ADC <br> * <br> * UNDER SEAL <br> * |

\*\*\*\*\*\*\*

## ORDER PRECLUDING NOTIFICATION

The United States has submitted an application, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(d), requesting that the Court issue a Search Warrant requiring Twitter, an electronic communications service provider and/or a remote computing service, to disclose the records and other information described in Attachment A. The Court has issued the requested Search Warrant.

The Court determines that there is reason to believe that notification of the existence of this Search Warrant will seriously jeopardize the ongoing investigation, by, among other things, the possible destruction of, or tampering with, evidence. In addition, notification of the warrant and nature of the ongoing investigation, now or in the future, may result in targets of the investigation changing their patterns of behavior, especially with regard to the accounts in question, and thereby potentially conceal further activities related to conduct that is the subject of the investigation. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2705(b), that Twitter shall not disclose the existence of the Search Warrant or this Order of the Court to the subscribers of the account listed in Attachment A, or to any other person, for a period of one year after the date of this Order.

1

IT IS FURTHER ORDERED that this Order is sealed until otherwise ordered by the Court, except that two certified copies of this Order shall be provided to the U.S. Attorney's Office.

SO ORDERED this 14th day of December, 2016.

A. David Copperthite
United States Magistrate Judge

2