```
                                              _____ FILED_____ ENTERED
                                              _____ LOGGED_____ RECEIVED
      IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MARYLAND              APR 21 2017

                                                    AT BALTIMORE
                                              CLERK, U.S. DISTRICT COURT
                                               DISTRICT OF MARYLAND
                                              BY                  DEPUTY
```

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| Electronic Account Stored at Premises | ) | Case No. 16-3205-ADC |
| Controlled and Hosted by Facebook | ) | |
| headquartered in Menlo Park, | ) | **UNDER SEAL** |
| California | ) | |
| | | |
| In the Matter of the Search of | ) | |
| Electronic Account Stored at Premises | ) | Case No. 16-3206-ADC |
| Controlled and Hosted by Twitter | ) | |
| headquartered in San Francisco, | ) | **UNDER SEAL** |
| California | ) | |
| | | |
| In the Matter of the Search of | ) | |
| Electronic Accounts Stored at Premises | ) | Case No. 16-3207-ADC |
| Controlled and Hosted by Google | ) | |
| headquartered in Mountain View, | ) | **UNDER SEAL** |
| California | ) | |
| | | |
| In the Matter of the Search of | ) | |
| Electronic Accounts Stored at Premises | ) | Case No. 16-3208 |
| Controlled and Hosted by Skype, | ) | |
| which accepts service of process in | ) | **UNDER SEAL** |
| Redmond, Washington | ) | |

*******

## MOTION TO UNSEAL SEARCH AND SEIZURE WARRANTS

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Christine Manuelian, Assistant United States Attorney for said District, hereby moves this Court to order and direct that the above-referenced search and seizure warrants, corresponding applications and joint supporting affidavit be UNSEALED for the following reasons: the information contained in the referenced accounts is relevant to a pending prosecution in this District outlined in the supporting affidavit, the

1

government must provide the information to defense counsel in that case in order to meet its discovery obligations, and the reasons for having sealed the materials no longer exist.

          Respectfully submitted,

          Rod J. Rosenstein
          United States Attorney

By: _____
          Christine Manuelian
          Assistant United States Attorney
          36 S. Charles Street, 4th Floor
          Baltimore, Maryland 21201
          410/209-4852

SO ORDERED this _20th_ day of April, 2017.

          _____
          Stephanie A. Gallagher
          United States Magistrate Judge
          District of Maryland